# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| In re: | : | Case No. 16-53956 |
|---|---|---|
| Natalie Belinda Schoonover | : | Chapter 13 (Judge Caldwell) |
|  | : |  |
| Debtor | : |  |

### NOTICE OF AMENDMENT TO SCHEDULE J

Comes now Debtor by counsel, and hereby gives Notice to this Court of the Amendment to Schedule J (attached).

Respectfully submitted,


/s/ Marshall D Cohen
Marshall D. Cohen, Case Attorney (0044066)
Ryan L. DeYoung (0086939)
1500 West Third Avenue, Suite 400
Columbus, OH 43212
Phone: (614) 294-5040
Fax: (614) 291-5006
Email: notice@financialdignity.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Amendment and the attached have been served upon the following registered ECF participants, electronically through the Court's transmission facilities at their e-mail addresses registered with the Court, or by U.S. Mail, postage prepaid to the parties listed below on November 4, 2016.

**ELECTRONIC SERVICE:**
Office of the US Trustee
Office of the Chapter 13 Trustee
Marshall D. Cohen, Esq.

**U.S. MAIL SERVICE:**
Natalie Schoonover |819 E. Chestnut Street |Lancaster, OH 43130

/s/ Marshall D Cohen
Marshall D. Cohen, Case Attorney (0044066)
Ryan L. DeYoung (0086939)